# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0718.  PIEDMONT NATIONAL CORP. et al. v. JERRY JONES.**

Jerry Jones sued Kevin Moore in state court for damages arising out of an automobile accident that occurred during the course and scope of Jones's employment.  Jones's employer, Piedmont National Corporation, and its workers' compensation insurer, Cincinnati Insurance Company, intervened to assert a subrogation lien in accordance with OCGA 34-9-11.1.  Jones filed a motion to extinguish the lien, on the basis that he had settled the underlying lawsuit but was not fully compensated, and thus the employer was not entitled to a lien.  The intervenor plaintiffs opposed the motion and moved for summary judgment.  The trial court extinguished the lien and denied the motion for summary judgment.  The intervenor plaintiffs filed a notice of appeal from this ruling.  We, however, lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995) (citation omitted).  Here, although the underlying case settled and the trial court extinguished the subrogation lien, it does not appear that a final judgment has been entered in this case.  Accordingly, the intervenor plaintiffs were required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) in order to appeal.  See *Neal v. State*, 182

Ga. App. 37 (354 SE2d 664) (1987). Their failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  *12/01/2017*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*